UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **PAULINE MOSS RODOCK** | **CIVIL DOCKET NO. 2:17-CV-00824** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BRAD POMMIER, ET AL** | **MAGISTRATE JUDGE KATHLEEN KAY** |

**JUDGMENT**

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 45] of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's remaining claims are DISMISSED WITHOUT PREJUDICE, for lack of subject matter jurisdiction.

THUS, DONE AND SIGNED in Chambers on this 4th day of June 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE